# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80182-Rosenberg/Reinhart

**21 U.S.C. § 846**
**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 853**

**UNITED STATES OF AMERICA**

**vs.**

**VICTORIA YVONNE WILLIAMS,**
  a/k/a **"Vee,"**
**VICTOR LEEVON TUKES,**
**JOHN MORGAN WILLIAMS,**
**LIONEL BAIN,**
**DAVID SHTEINBERG,**
**DONALD EDWARD SZUKALA,**
**JONATHON VINCENT MCGONIAGLE,**
**LARRAMY WILLIAM WOOD,**
**HARRY EDWARD HUNTER,**
**BRANDON MICHAEL HARE,**
**ALLAN FRANKLIN DUNN,**
**LUKE MATTHEW REEDER,**
**CARLOS OVEGUEIRO NUNEZ-PEREZ,**
and
**CARSON DEREK WILLIAMS,**

           **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

    Beginning on or about July 28, 2022, and continuing through on or about June 4, 2023, in

Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**
**VICTOR LEEVON TUKES,**
**JOHN MORGAN WILLIAMS,**
**LIONEL BAIN,**
**DAVID SHTEINBERG,**

**DONALD EDWARD SZUKALA,**
**JONATHON VINCENT MCGONIAGLE,**
**LARRAMY WILLIAM WOOD,**
**HARRY EDWARD HUNTER,**
**BRANDON MICHAEL HARE,**
**ALLAN FRANKLIN DUNN,**
**LUKE MATTHEW REEDER,**
**CARLOS OVEGUEIRO NUNEZ-PEREZ,**
**and**
**CARSON DEREK WILLIAMS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

With respect to the defendants, **VICTORIA YVONNE WILLIAMS** a/k/a **"Vee," VICTOR LEEVON TUKES, JOHN MORGAN WILLIAMS, LIONEL BAIN, DAVID SHTEINBERG, DONALD EDWARD SZUKALA, JONATHAN VINCENT MCGONIAGLE, and LARRAMY WILLIAM WOOD**, it is further alleged that the controlled substances involved in the conspiracy attributed to each defendant, as a result of his and her own conduct, the conduct of other conspirators reasonable foreseeable to him and her, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

With respect to the defendants, **HARRY EDWARD HUNTER, BRANDON MICHAEL HARE, ALLAN FRANKLIN DUNN, LUKE MATTHEW REEDER, and CARLOS OVEGUEIRO NUNEZ-PEREZ, JR.,** it is further alleged that the controlled substances involved in the conspiracy attributed to each defendant, as a result of his own conduct, the conduct of other conspirators reasonable foreseeable to him, is 50 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

With respect to defendant, **CARSON DEREK WILLIAMS**, it is further alleged that the controlled substances involved in the conspiracy attributed to this defendant, as a result of his own conduct, the conduct of other conspirators reasonable foreseeable to him, is a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2

On or about August 11, 2022, in Broward County, in the Southern District of Florida, the defendant,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 3

On or about August 31, 2022, in Broward County, in the Southern District of Florida, the defendants,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**
**and**
**LIONEL BAIN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 4

On or about August 31, 2022, in Broward County, in the Southern District of Florida, the defendants,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**
**and**
**LIONEL BAIN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 5

On or about October 13, 2022, in Palm Beach County, in the Southern District of Florida, the defendants,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**
**and**
**JOHN MORGAN WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 6

On or about November 7, 2022, in Broward County, in the Southern District of Florida, the defendant,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 7

On or about December 8, 2022, in Palm Beach County, in the Southern District of Florida, the defendants,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**
**JOHN MORGAN WILLIAMS,**
**and**
**LIONEL BAIN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 8

On or about January 26, 2023, in Broward County, in the Southern District of Florida, the defendants,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**
**and**
**LIONEL BAIN,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 9

On or about April 18, 2023, in Broward County, in the Southern District of Florida, the defendant,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 10

On or about April 18, 2023, in Broward County, in the Southern District of Florida, the defendant,

**CARSON DEREK WILLIAMS,**

did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

It is further alleged that this violation involved a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 11

On or about April 18, 2023, in Palm Beach County, in the Southern District of Florida, the defendants,

**VICTORIA YVONNE WILLIAMS**
a/k/a **"Vee,"**
**DAVID SHTEINBERG,**
**and**
**CARLOS OVEGUEIRO NUNEZ-PEREZ,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **VICTORIA YVONNE WILLIAMS** a/k/a "VEE," **VICTOR LEEVON TUKES, JOHN MORGAN WILLIAMS, LIONEL BAIN, DAVID SHTEINBERG, DONALD EDWARD SZUKALA, JONATHON VINCENT MCGONIAGLE, LARRAMY WILLIAM WOOD, HARRY EDWARD HUNTER, BRANDON MICHAEL HARE, ALLAN FRANKLIN DUNN, LUKE MATTHEW REEDER, CARLOS OVEGUEIRO NUNEZ-PEREZ, TROY WILLIAM FELDKAMP, and CARSON DEREK WILLIAMS,** have an interest.

2.       Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1) and/or 846, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

MARKENZIE LAPOINTE
UNITED STATES ATTORNEY

BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO.: 23-cr-80182-Rosenberg/Reinhart

v.

Victoria Yvonne Williams a/k/a "Vee,"          **CERTIFICATE OF TRIAL ATTORNEY**
et al.

_____/          **Superseding Case Information:**
                          Defendants.          New Defendant(s) (Yes or No) _____
**Court Division** (select one)          Number of New Defendants _____
    ☐ Miami    ☐ Key West    ☐ FTP          Total number of counts _____
    ☐ FTL      ☒ WPB

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.   Interpreter: (Yes or No) No
     List language and/or dialect: _____

4.   This case will take __10__ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)         (Check only one)
     I   ☐ 0 to 5 days    ☐ Petty
     II  ☒ 6 to 10 days   ☐ Minor
     III ☐ 11 to 20 days  ☐ Misdemeanor
     IV ☐ 21 to 60 days  ☒ Felony
     V  ☐ 61 days and over

6.   Has this case been previously filed in this District Court? (Yes or No) No
     If yes, Judge _____ Case No. _____
7.   Has a complaint been filed in this matter? (Yes or No) No
     If yes, Magistrate Case No. _____
8.   Does this case relate to a previously filed matter in this District Court? (Yes or No) No
     If yes, Judge _____ Case No. _____
9.   Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By:     _Brian R.S_____

          Brian D. Ralston
          Assistant United States Attorney
          Court ID No.   A5502727

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  VICTORIA YVONNE WILLIAMS

**Case No**:  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

Counts 2-4:

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

Counts 5-8:

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Count 9:

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years to life term of supervised release**
* **Max. Fine:  $1,000,000**
* **Special Assessment: $100**

Count 11:

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:   VICTOR LEEVON TUKES

**Case No**:  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  JOHN MORGAN WILLIAMS

**Case No**:  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
**\* Max. Term of Imprisonment: Life**
**\* Mandatory Min. Term of Imprisonment (if applicable): 10 years**
**\* Max. Supervised Release: 5 years to life term of supervised release**
**\* Max. Fine:  $10,000,000**
**\* Special Assessment: $100**

Counts 5, 7:

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)
**\* Max. Term of Imprisonment: Life**
**\* Mandatory Min. Term of Imprisonment (if applicable): 10 years**
**\* Max. Supervised Release: 5 years to life term of supervised release**
**\* Max. Fine:  $10,000,000**
**\* Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  LIONEL BAIN

**Case No**:  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

Counts 3, 4:

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

Counts 7, 8:

Distribution of a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  DAVID SHTEINBERG

**Case No**:  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

Count 11:

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  DAVID EDWARD SZUKALA

**Case No**:  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  JONATHON VINCENT MCGONIAGLE

**Case No**:  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  LARRAMY WILLIAM WOOD

**Case No**:  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(A)(viii)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: 5 years to life term of supervised release**
* **Max. Fine:  $10,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  HARRY EDWARD HUNTER

**Case No**:  23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(B)(viii)

* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  BRANDON MICHAEL HARE

**Case No**: 23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  ALLAN FRANKLIN DUNN

**Case No**: 23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(B)(viii)

* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does  not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:   LUKE MATTHEW REEDER

**Case No**:   23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  CARLOS OVEGUEIRO NUNEZ-PEREZ

**Case No**: 23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

Count 11:

Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
* **Max. Term of Imprisonment: 40 years**
* **Mandatory Min. Term of Imprisonment (if applicable): 5 years**
* **Max. Supervised Release: 4 years to life term of supervised release**
* **Max. Fine:  $5,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:   CARSON DEREK WILLIAMS

**Case No**:   23-cr-80182-Rosenberg/Reinhart

Count 1:

Conspiracy to Possess with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(C)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years to life term of supervised release**
* **Max. Fine:  $1,000,000**
* **Special Assessment: $100**

Count 10:

Attempted Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

21 U.S.C. §§ 846, 841(b)(1)(C)
* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years to life term of supervised release**
* **Max. Fine:  $1,000,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**